U.S.

v.

**John M. PEELER**

**No. 17-0541/NA**

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 8601781

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 8, 2017.

U.S.

v.

**Kory D. MANN**

**No. 17-0560/AR**

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 20160335

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 13, 2017.

U.S.

v.

**Jonathan MARTINEZ**

**No. 17-0563/AR**

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20150474

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Manuel L. GARCIA**

**No. 17-0564/NA**

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 201700064

DAILY JOURNAL

Petitions for Grant of Review Filed

